UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RAQUEL J. CALLOWAY,<br><br>   Defendant. | NO. 2:16-CR-00028-JLQ-4<br><br>ORDER DENYING MOTION FOR RELEASE PENDING SENTENCING |

BEFORE THE COURT is Defendant's "Motion to Modify Release Release [sic] Conditions" (ECF No. 98), which seeks release pending sentencing. The Government did not file a written response to the Motion. The court held a hearing on the Motion on September 9, 2016, at which Defendant was present and represented by appointed counsel Tim Trageser. Assistant United States Attorney Allyson Edwards appeared for the Government.

Defendant seeks release, in part, to pursue a substance abuse treatment program. Defendant has been in custody since June 16, 2016. On August 25, 2016, she entered a plea of guilty to the charge of Conspiracy to Commit Bank Fraud, and this matter is set for sentencing on October 20, 2016.

The Pretrial Services Report in this matter reflects that Ms. Calloway has extensive criminal history, including drug and other fraud convictions. Defendant's desire to pursue drug treatment, and the appropriateness of such treatment while incarcerated is an issue which can be revisited at sentencing. At this stage in the proceedings, Defendant has not established by clear and convincing evidence that she "is not likely to flee or pose

ORDER - 1

a danger to the safety of any other person or the community." See 18 U.S.C. § 3143(a). Accordingly,

**IT IS HEREBY ORDERED**:

Defendant's Motion (ECF No. 98) is **DENIED**. Defendant shall remain in custody pending sentencing.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 10th day of September, 2016.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2